UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE RICHARDSON,**<br>aka **ANDREA RICHARDSON,**<br><br>*Plaintiff,*<br><br>v.<br><br>**DISTRICT OF COLUMBIA,** *et al.*,<br><br>*Defendants.* | **Civil Action No. 16-209 (CRC)** |

## DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), the District of Columbia Defendants ("Defendants") move the Court to amend the scheduling order. Defendants' expert disclosures are due on or before January 5, 2017 and discovery closes on February 10, 2017, the next court date is February 13, 2017 at 10:00 a.m.

The grounds for this motion are more fully set forth in the accompanying memorandum of points and authorities incorporated herein by reference. Defendants have also attached a proposed order for the Court's consideration.

### LCvR 7(m) Certification

Undersigned counsel states that Plaintiff's consent was sought but a response was not yet received at the time of this filing.

1

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Michael K. Addo
Chief, Civil Litigation Division Section IV

/s/ Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
(202) 724-6612
martha.mullen@dc.gov

/s/ Tram T. Pham
TRAM T. PHAM [1034963]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6644
tram.pham@dc.gov

*Counsel for Defendant*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE RICHARDSON, aka ANDREA RICHARDSON, *Plaintiff*, v. DISTRICT OF COLUMBIA, *et al.*, *Defendants*. | Civil Action No. 16-209 (CRC) |

## MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), the District of Columbia Defendants ("Defendants") move the Court to amend the scheduling order. Defendants' expert disclosures are due on or before January 5, 2017 and discovery closes on February 10, 2017, the next court date is February 13, 2017 at 10:00 a.m. Defendants request an enlargement of time for its expert disclosures up to and including February 28, 2017 with discovery to close on April 30, 2017.

The grounds for this motion are that written discovery remains outstanding – the parties have exchanged interrogatories and requests for production of documents but as of this date, Plaintiff has not sent written responses. The District has produced written responses but counsel for Plaintiff has requested supplemental documents, which the

District is in the process of collecting. Plaintiff timely produced her expert disclosures but the District needs additional time to obtain a purchase order and finalize contracts with experts it intends to call at trial. Undersigned counsels' time to retain experts was cut short during the last two months because she was preparing for a trial scheduled to begin on December 12, 2016 (which has now settled) and defending depositions in an unrelated matter. Moreover, co-counsel, Tram Pham was second chair in *Santana v. District of Columbia, et al.*, 2014 CA 7557 B, in D.C. Superior Court from November 28, 2016 – December 7, 2016 and is currently preparing for another trial scheduled for the week of January 10, 2017 in the Superior Court for the District of Columbia, which has limited the time available to assist in this case. In addition, neither party has taken depositions – Plaintiff proposed depositions for the first week of January but Defendants are not available. Defendants will also need an independent medical examination of Plaintiff.

Finally, the interceding holidays have slowed progress on discovery matters and made it difficult to obtain and negotiate contracts.

Heretofore the parties have cooperated and will do so in the future but more time is needed by both parties to complete discovery. Under the facts and circumstances presented here, granting this motion will neither prejudice any party nor interfere with the fair and just administration of justice.

## CONCLUSION

For these reasons, Defendants ask the Court to enlarge the time for its expert disclosures up to and including February 28, 2017 with discovery to close on April 30, 2017 and a post-discovery conference set at the Court's convenience.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Michael K. Addo
Chief, Civil Litigation Division Section IV

/s/ Martha J. Mullen
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
(202) 724-6612
martha.mullen@dc.gov

/s/ Tram T. Pham
TRAM T. PHAM [1034963]
Assistant Attorney General
Office of the Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6644
tram.pham@dc.gov

*Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ANDRE RICHARDSON,** aka **ANDREA RICHARDSON,**  *Plaintiff,*  v.  **DISTRICT OF COLUMBIA,** *et al.,*  *Defendants.* | **Civil Action No. 16-209 (CRC)** |

### ORDER

Upon consideration of Defendants' Motion to Amend the Scheduling Order and the entire record herein, it is this _____ day of December, 2016 hereby

**ORDERED** that the Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants' expert disclosures are due on or before February 28, 2017; and it is further

**ORDERED** that discovery shall close on April 30, 2017; and it is further

**ORDERED** that the parties shall appear for a post –discovery status conference on _____.

_____
JUDGE CHRISTOPHER R. COOPER
DISTRICT COURT JUDGE