UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ANDRE RICHARDSON

       Plaintiff,

Vs.                                Civil Action 16 cv 209 (CRC)

THE UNITED STATES OF AMERICA
       *Et. Al.,*

       Defendants.

### PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTION TO AMEND SCHEDULING ORDER

Comes now the Plaintiff Andrea Richardson, through undersigned counsel, and files the following response to the Defendants Motion to Amend Scheduling Order:

Plaintiff Andrea Richardson does not object to Defendants' request to amend the scheduling order to extend the time for defense expert disclosures to February 28, 2017 and to extend the discovery deadline to April 30, 2017. Plaintiff Richardson would, however, note that Defendants have inaccurately stated in their motion that Plaintiff had not yet provided written responses to their discovery. (Def. Motion, Pg. 3) In fact, Plaintiff provided written responses to Defendants Interrogatories and Request for Productions of Documents on December 14, 2016 via both email and first class mail, postage prepaid.

       Respectfully Submitted,

       */s/ Jane Carol Norman*
       Jane Carol Norman, #384030
       Bond & Norman Law, PC
       777 6th St. NW #410
       Washington, DC 20001
       (202) 423-3863
       Fax: 202-207-1041
       Janenorman@bondandnorman.com

       Counsel for Plaintiff Andrea Richardson

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th of January, 2017, a copy of the foregoing was served via ECF upon Martha J. Mullen and Tram T. Pham, Office of the Attorney General, 441 Fourth Street, N.W., Suite 630 South, Washington, DC 20001.

*/s/ Jane Carol Norman*
Jane Carol Norman