UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE RICHARDSON,<br>aka ANDREA RICHARDSON,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants.* | Civil Action No. 16-209 (CRC) |

### DEFENDANTS' OPPOSED MOTION TO ENLARGE TIME TO FILE EXPERT DISCLOSURES

Pursuant to Fed. R. Civ. P. 6(b)(1) and 7(b), the District of Columbia Defendants ("Defendants") move the Court with good cause to enlarge the time to submit Defendants' expert disclosures up to and including May 3, 2017. The District's disclosures are due on Tuesday, April 4, 2017. Discovery closes on May 1, 2017, and the next court date is May 4, 2017 at 10:00 a.m.

The grounds for this motion are more fully set forth in the accompanying memorandum of points and authorities incorporated herein by reference. Defendants have also attached a proposed order for the Court's consideration.

1

## LCvR 7(m) Certification

Undersigned counsel represents that opposing counsel does not consent to the relief sought in this motion.

        Respectfully submitted,

        KARL A. RACINE
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        */s/ Michael K. Addo*
        MICHAEL K. ADDO [1008971]
        Chief, Civil Litigation Division Section IV

        */s/ Martha J. Mullen*
        MARTHA J. MULLEN [419036]
        Senior Assistant Attorney General
        441 Fourth Street, NW Suite 630 South
        Washington, DC 20001
        (202) 724-6612
        martha.mullen@dc.gov

        *Counsel for Defendants*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE RICHARDSON,<br>aka ANDREA RICHARDSON,<br><br>      *Plaintiff*,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>      *Defendants.* | Civil Action No. 16-209 (CRC) |

### MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION
### TO ENLARGE THE TIME TO FILE EXPERT DISCLOSURES

The Parties have completed all written discovery but depositions remain outstanding along with Defendants' expert disclosures. Defendants have agreed to make non-party witnesses available in the morning on April 12, 2017, at opposing counsel's office. The District has noticed Plaintiff's deposition for April 13, 2017, at the Office of the Attorney General, commencing at 10:00 am, but Plaintiff has not had sufficient time to confirm that date.

Before the District can order goods or services it must obtain an approved purchase order pursuant to the Anti-Deficiency Act. *See* D.C. Code § 47–355.01 *et seq*. Undersigned counsel has submitted a request to obtain funding for all potential experts, however, the Finance Office has not finalized the order for one expert.

Furthermore, before issuing a report, Defendant's psychologist/penologist and psychiatrist need an opportunity to review Plaintiff's deposition testimony; and Defendant's psychiatrist needs to review additional medical records relevant to her assessment of the Plaintiff.

Fed. R. Civ. P. 6(b)(1) provides that "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time: with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." This motion is filed prior to the expiration of the prescribed period, is for good cause, and granting this motion will not unduly prejudice the Court or the parties. Rather, it will serve the interests of justice. Indeed, without an opportunity to present experts who have had an opportunity to review all of the relevant information, Defendants will not be able to mount a defense.

## CONCLUSION

For these reasons, Defendants ask the Court to enlarge the time for its expert disclosures up to and including May 3, 2017 with discovery to close on May 21, 2017 and the post-discovery conference to occur on a date thereafter.

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ *Michael K. Addo*
MICHAEL K. ADDO [1008971]
Chief, Civil Litigation Division Section IV

/s/ *Martha J. Mullen*
MARTHA J. MULLEN [419036]
Senior Assistant Attorney General
441 Fourth Street, NW Suite 630 South
Washington, DC 20001
(202) 724-6612

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ANDRE RICHARDSON,<br>aka ANDREA RICHARDSON,<br><br>    *Plaintiff*,<br><br>    v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>    *Defendants*. | Civil Action No. 16-209 (CRC) |

**ORDER**

Upon consideration of Defendants' Motion to Enlarge the Time to File its Expert Disclosures and the entire record herein, it is this _____ day of April 2017 hereby

**ORDERED** that the Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that Defendants' expert disclosures are due on or before May 3, 2017; and it is further

**ORDERED** that discovery shall close on May 21, 2017; and it is further

**ORDERED** that the parties shall appear for a post–discovery status conference on a date to set by the Court.

_____
DISTRICT COURT JUDGE CHRISTOPHER R. COOPER